# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HOWARD GRISSOM, | |
|     Plaintiff, | Case No. 2:10-CV-00332-KJD-PAL |
| v. | **ORDER** |
| NEVADA DEPARTMENT OF PRISONS, *et al*., | |
|     Defendants. | |

On May 18, 2010, Magistrate Judge Peggy A. Leen ordered (#5) Plaintiff to file a properly completed Application to Proceed *in forma pauperis* or pay the $350.00 filing fee within thirty (30) days of the entry of the order. The Court warned Plaintiff that failure to comply could result in the dismissal of his action. The Court provided Plaintiff with the correct forms with instructions. However, Plaintiff has failed to respond in any manner to the order of the Court. Since Plaintiff has failed to file the properly completed application, pay the filing fee, or seek other relief from the Court, Plaintiff's action is **DISMISSED without prejudice.**

**IT IS SO ORDERED.**

DATED this 8th day of July 2010.

_____
Kent J. Dawson
United States District Judge